```
 1  WILLIAM E. ADAMS #153330
    DAWN NEWTON #209002
 2  FITZGERALD ABBOTT & BEARDSLEY LLP
    1221 Broadway, 21st Floor
 3  Oakland, California 94612
    Telephone: (510) 451-3300
 4  Facsimile: (510) 451-1527
    Emails: wadams@fablaw.com/dnewton@fablaw.com
 5
    Attorneys for Plaintiff C. MONDAVI & SONS,
 6  a California Corporation
```

E-filing
FILED
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. MONDAVI & SONS, a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAN ANTONIO WINERY, INC., a California corporation; and DOES 1-100, inclusive.<br><br>        Defendants. | Case No.: C08-02578<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, AND COMMON LAW TRADEMARK INFRINGEMENT**<br><br>JURY TRIAL DEMANDED |

Plaintiff, C. Mondavi & Sons alleges:

1. **Jurisdiction.** This court has subject matter jurisdiction over this matter under 15 U.S.C. § 1121 and § 1125(d) and 28 U.S.C. §§ 1331 and 1338 (a) and (b). This civil action includes counts for infringement of a trademark registered in the United States Patent and Trademark Office, as authorized by the Trademark Act, for false designation of origin under section 43(a) of the Lanham Act, for related claims of unfair competition and common law trademark infringement. This court also has supplemental jurisdiction over this matter pursuant to 28 U.S.C. § 1367(a) as to the unfair competition and common law trademark infringement claims that are related to foregoing claims in the action within the court's original jurisdiction, since they form part of the same case or controversy under Article III of the United States Constitution.

---
1
COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, AND COMMON LAW TRADEMARK INFRINGEMENT CASE NO.:
5/21/08 (88888) #302261.1

2. **Venue.** Venue is proper in the Northern District of California pursuant to 28 U.S.C. § 1391(b) and (c).

3. Plaintiff demands a jury trial. Fed. R. Civ. Pro. § 38(b); Federal CRC 3-6.

4. Since at least April 1996, Plaintiff, C. Mondavi & Sons ("Plaintiff") has used, both on its own and through licensees, the mark GENERATIONS in connection with the production, sale, and distribution of bottled wine products ("Plaintiff's Trademark").

5. Plaintiff is a renowned pioneer and innovator in the wine industry and has gained national and international recognition in the mark GENERATIONS. As a result, Plaintiff's mark has earned valuable goodwill.

6. As a result of Plaintiff's substantial advertising and promotional efforts for Plaintiff's goods and services, as well as its dedication to providing quality services, Plaintiff's marks are widely and favorably recognized and relied upon by the relevant trade and consuming public as indicating high quality goods and services originating exclusively from Plaintiff. Due to such efforts, Plaintiff's Trademark has earned very valuable goodwill.

7. In order to protect the extensive goodwill symbolized by Plaintiff's trademark, on April 6, 1999, Plaintiff obtained a federal registration for its mark GENERATIONS in connection with "wine" (U.S. Reg. No. 2,236,517). A true and correct copy of U.S. Registration Number 2,236,517, dated April 6, 1999, is attached hereto as Exhibit A, and incorporated herein by reference.

8. In or about April 2005, Plaintiff filed Combined Declaration of Use and Incontestability under Section 8 & 15 (15 U.S.C. §§ 1058 & 1065) for its U.S. Trademark Registration Number 2,236,517. The Combined Declaration was accepted by the United States Patent Trademark Office in or about May 2005. An incontestable status upon the Principal Register is conclusive evidence of the validity of the registered mark, of the registrant's ownership of the mark, and the registrant's exclusive right to use the registered mark. Lanham Act, 15 U.S.C. § 1115(b). A true and correct copy of the Notice of Acceptance of Incontestable Status for U.S. Trademark Registration Number 2,236,517, dated May 20, 2005, is attached

hereto as Exhibit B, and incorporated herein by reference.

9. In or about December 2007, Plaintiff became aware that Defendant, San Antonio Winery, Inc. ("Defendant") was using, or planning to use Plaintiff's trademark GENERATIONS in connection with the manufacture and distribution of its wine.

10. On or about December 27, 2007, Plaintiff, through its trademark counsel, sent a letter to Defendant insisting that it ceases and desists its planned use, or actual use of the mark GENERATIONS in connection with its wine product.

11. In or about January and February 2007, Defendant acknowledged Plaintiff's incontestable mark and assured Plaintiff that it would stop all anticipated or present use of the mark GENERATIONS.

11. In spite of Defendant's assurances, Plaintiff is informed and believes that Defendant has continued in its wrongful use of the GENERATIONS mark in connection with wine.

## FIRST COUNT

(Trademark Infringement)

12. Since about December 2007, Defendant has been using, or is planning to use, the trademark GENERATIONS in connection with the manufacture and distribution of its bottled wine products.

13. GENERATIONS as used by Defendant is confusingly similar to the registered trademark of Plaintiff. Defendant has used this confusingly similar mark in its advertising and promotion.

14. The unlicensed use of any colorable variation of Plaintiff's trademark by Defendant is likely to cause mistake or confusion or deception in the minds of the public and constitutes an infringement of Plaintiff's federally registered trademark.

15. Because Plaintiff has no control over the nature of Defendant's unlicensed use of the infringing mark, Plaintiff will be and is being damaged by Defendant's unauthorized use of the mark, and Plaintiff's rights in its registered mark have been and will be diluted as a result of Defendant's conduct, to Plaintiff's detriment.

3

COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, AND COMMON LAW TRADEMARK INFRINGEMENT CASE NO.:

5/21/08 (88888) #302261.1

16. The infringements charged above are knowing and willful infringements.

17. The goodwill of Plaintiff's business under its GENERATIONS registered trademark is of enormous value, and Plaintiff will suffer irreparable harm if infringement is allowed to continue to the detriment of Plaintiff's trade reputation and goodwill.

WHEREFORE, Plaintiff prays for judgment as hereinafter set forth.

## SECOND COUNT

(False Designation of Origin; § 43(a) of the Lanham Act)

18. Defendant's use of the "GENERATIONS" mark constitutes a false designation of origin that is likely to deceive customers and perspective customers into believing that Defendant's line of products is that of the Plaintiff, and, consequently, is likely to divert customers away from the Plaintiff.

19. Plaintiff has no control over the nature and quality of the line of products manufactured and sold by Defendant. Plaintiff is informed and believes, and thereon alleges that Defendant's bottled wine products are inferior to the product sold under Plaintiff's GENERATIONS mark. Therefore, any failure, neglect or default by Defendant in providing such products will impugn the integrity of Plaintiff's products and further reflect adversely on Plaintiff as the believed source and origin thereof, hampering efforts by Plaintiff to continue to protect its outstanding reputation for high quality, high precision products, resulting in loss of sales thereof and the considerable expenditures to promote its products under the mark, all to the irreparable harm of Plaintiff.

20. Defendant's false designation of origin will continue unless enjoined by this court.

## THIRD COUNT

(Unfair Competition)

21. The use of Plaintiff's trademark, or any colorable imitation of it by the Defendant, is likely to cause mistake, or confuse or deceive the general public.

22. The use of the name GENERATIONS by Defendant constitutes a knowing and willful passing off of the services of Defendant, for those of Plaintiff, and is a deception of citizens of the State of California and throughout the United States.

23. The actions of the Defendant constitute unfair competition with Plaintiff in the trade by reason of Defendant's use of a mark confusingly similar to Plaintiff's trademark.

24. These acts of by Defendant have caused and are continuing to cause irreparable injury to the reputation Plaintiff has established.

25. Unless the use of Plaintiff's trademark by Defendant is restrained, Defendant will continue these acts to the detriment of Plaintiff.

## FOURTH COUNT

(Common Law Trademark Infringement)

26. The use of Plaintiff's trademark, or any colorable imitation of it by the Defendant, is likely to cause mistake, or confuse or deceive the general public.

27. The use of the name GENERATIONS by Defendant constitutes a knowing and willful passing off of the services of Defendant, for those of Plaintiff, and is a deception of citizens of the State of California and throughout the United States.

28. The actions of the Defendant constitute an infringement of Plaintiff's senior common law rights in the mark GENERATIONS by reason of Defendant's use of a mark confusingly similar to Plaintiff's trademark.

29. These acts of infringement by Defendant have caused and are continuing to cause irreparable injury to the reputation Plaintiff has established.

30. Unless the use of Plaintiff's trademark by Defendant is restrained, Defendant will continue these acts to the detriment of Plaintiff.

//
//
//
//

WHEREFORE, Plaintiff prays for judgment as follows:

## PRAYER

Plaintiff demands:

    a.    On the first count, that Defendant, its agents, servants, employees, privies, successors, and assigns, and all claiming any rights through them, be restrained following this suit and perpetually enjoined from:

        (i)    Using the name "GENERATIONS" or any name including its singular variation, or any other colorable imitation of Plaintiff's registered trademark; and

        (ii)    Otherwise infringing Plaintiff's registered trademark;

    b.    On the first count, that Defendant account to the Plaintiff and pay the Plaintiff all profits realized from the sale of goods or services under the name "GENERATIONS";

    c.    On the first count, that the Plaintiff recover all damages sustained by Plaintiff on account of the infringement;

    d.    On the second count, that Defendant be ordered to surrender for destruction all products, name plates, labels, advertisements and other materials constituting infringement of Plaintiff's designation of origin and infringement of U.S. Trademark Registration No. 2,546,009;

    e.    On the third count, that the Plaintiff recover all damages sustained on account of the unfair competition; and

    f.    On the fourth count, that Defendant, its agents, servants, employees, privies, successors, and assigns, and all claiming any rights through them, be restrained following this suit and perpetually enjoined from:

        (i)    Using the name "GENERATIONS" or any name including its singular variation, or any other colorable imitation of Plaintiff's registered trademark; and

        (ii)    Otherwise infringing Plaintiff's registered trademark;

COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, AND COMMON LAW TRADEMARK INFRINGEMENT CASE NO.:
5/21/08 (88888) #302261.1

  f. On the fourth count, that Defendant account to the Plaintiff and pay the Plaintiff all profits realized from the sale of goods or services under the name "GENERATIONS";

  g. On the fourth count, that the Plaintiff recover all damages sustained by Plaintiff on account of the infringement; and

  h. For costs of suit and reasonable attorney's fees.

Dated: May 21, 2008   FITZGERALD ABBOTT & BEARDSLEY LLP

By _____
William E. Adams
Attorneys for Plaintiff C. MONDAVI & SONS

Int. Cl.: 33

Prior U.S. Cls.: 47 and 49

**United States Patent and Trademark Office**

Reg. No. 2,236,517
Registered Apr. 6, 1999

## TRADEMARK
PRINCIPAL REGISTER

### GENERATIONS

C. MONDAVI & SONS (CALIFORNIA CORPORATION)
2800 MAIN STREET
ST. HELENA, CA 94574

FOR: WINE, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 4-25-1996; IN COMMERCE 4-25-1996.

SER. NO. 75-344,136, FILED 8-20-1997.

ELIZABETH PASQUINE, EXAMINING ATTORNEY

Document Description: **Notice of Acceptance Acknowledgement**     Mail / Create Date: **20-May-2005**





# UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 2236517    SERIAL NO: 75/344136    MAILING DATE:  05/20/2005
REGISTRATION DATE: 04/06/1999
MARK:   GENERATIONS
REGISTRATION OWNER:   C. MONDAVI & SONS

**CORRESPONDENCE ADDRESS:**

Katherine C. Spelman
DLA Piper Rudnick Gray Cary US LLP
Suite 3200
333 Market Street
San Francisco, CA 94105-2150

## NOTICE OF ACCEPTANCE
15  U.S.C. Sec.  1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

****************************************************

## NOTICE OF ACKNOWLEDGEMENT
15  U.S.C. Sec.  1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

**ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.**

****************************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
033.

ROBERTS, SHARON YVONNE
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE. IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page.
[required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: *Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.*
- **Questions about USPTO programs**: *Please e-mail USPTO Contact Center (UCC).*

***NOTE****: Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

§ JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
C. Mondavi & Sons, a California corporation

## DEFENDANTS
San Antonio Winery, Inc., a California corporation, and Does 1-100, inclusive

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Fitzgerald Abbott & Beardsley, LLP
1221 Broadway, 21st Floor
Oakland, CA 94612
(510) 444-3300

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury—Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | / 365 Personal Injury — Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 320 Assault, Libel & Slander / 368 Asbestos Personal Injury Product Liability | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 330 Federal Employers' Liability | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 340 Marine / **PERSONAL PROPERTY** | 660 Occupational Safety/Health | [x] 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 345 Marine Product Liability / 370 Other Fraud | 690 Other | | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 350 Motor Vehicle / 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | 810 Selective Service |
| 190 Other Contract | 355 Motor Vehicle Product Liability / 380 Other Personal Property Damage | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/Exchange |
| 195 Contract Product Liability | 360 Other Personal Injury / 385 Property Damage Product Liability | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | 730 Labor/Mgmt.Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting / 510 Motions to Vacate Sentence | 790 Other Labor Litigation | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 220 Foreclosure | 442 Employment / **Habeas Corpus:** | 791 Empl. Ret. Inc. Security Act | | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations / 530 General | | **FEDERAL TAX SUITS** | 894 Energy Allocation Act |
| 240 Torts to Land | 444 Welfare / 535 Death Penalty | | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 540 Mandamus & Other | **IMMIGRATION** | 871 IRS—Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / 550 Civil Rights | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 440 Other Civil Rights / 555 Prison Condition | 463 Habeas Corpus – Alien Detainee | | |
| | | 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1367(a)

Brief description of cause:
Unfair competition and common law trademark infringement

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
[x] SAN FRANCISCO/OAKLAND  [ ] SAN JOSE

DATE: May 21, 2008

SIGNATURE OF ATTORNEY OF RECORD