1  WILLIAM E. ADAMS #153330
   DAWN NEWTON #209002
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California  94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: wadams@fablaw.com, dnewton@fablaw.com
5
   Attorneys for Plaintiff C. Mondavi & Sons
6

7

8              UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

10 C. MONDAVI & SONS, a California        Case No.: C08-02578 RS
   corporation,
11                                        **PROOF OF SERVICE OF SUMMONS**
            Plaintiff,
12
         vs.
13
   SAN ANTONIO WINERY, INC., a
14 California corporation, and DOES 1-100,
   inclusive,
15
            Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| William E. Adams, 153330<br>FITZGERALD, ABBOTT, ET AL<br>1221 Broadway 21st Floor<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 451-3300<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | |
| PLAINTIFF/PETITIONER: C. Mondavi & Sons, a California corporation<br>DEFENDANT/RESPONDENT: San Antonio Winery, Inc. | CASE NUMBER:<br>C08-02578 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>9987-25408 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: - see attached list - Summons In A Civil Action; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order Re: Initial Case Management; Content of Joint Case Management Statement; Standing Order Regarding Case Management In Civil Cases; Notice of Assignment o Case To A United States Magistrate Judge; Consent to Proceed Before a United States Magistrate Judge;

3. a. Party served: San Antonio Winery, Inc., a California corporation

   b. Person Served: Santo Riboli - Person authorized to accept service of process

4. Address where the party was served: 737 Lamar Street
   Los Angeles, CA, CA 90031

5. I served the party
   b. **by substituted service.** On (date): 5/28/2008    at (time): 3:20 PM    I left the documents listed in item 2 with or in the presence of: Sunnie Pace
   
   (2)    a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:
   
   San Antonio Winery, Inc., a California corporation
   
   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:    Jimmy Lizama
   b. Address:    One Legal - 194-Marin
              504 Redwood Blvd #223
              Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 92.25
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No. 4553
          (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 5/29/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)    (SIGNATURE)

BY FAX

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

FF# 6663434