1  WILLIAM E. ADAMS #153330
   DAWN NEWTON #209002
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California 94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: wadams@fablaw.com, dnewton@fablaw.com
5
   Attorneys for Plaintiff C. Mondavi & Sons
6

7

8                UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

10 | C. MONDAVI & SONS, a California     | Case No.: C08-02578 RS
   | corporation,                        |
11 |                                     | **PROOF OF SERVICE BY MAIL**
   |          Plaintiff,                 |
12 |                                     |
   | vs.                                 |
13 |                                     |
   | SAN ANTONIO WINERY, INC., a         |
14 | California corporation, and DOES 1-100, |
   | inclusive,                          |
15 |                                     |
   |          Defendants.                |
16

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| William E. Adams, 153330<br>FITZGERALD, ABBOTT, ET AL<br>1221 Broadway 21st Floor<br>Oakland, CA 94612 | (510) 451-3300 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>9987-25408 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:
C. Mondavi & Sons, a California corporation

DEFENDANT:
San Antonio Winery, Inc.

| **PROOF OF SERVICE BY MAIL** | | | | CASE NUMBER:<br>C08-02578 |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 5/29/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

- see attached list - Summons In A Civil Action; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order Re: Initial Case Management; Content of Joint Case Management Statement; Standing Order Regarding Case Management In Civil Cases; Notice of Assignment of Case To A United States Magistrate Judge; Consent to Proceed Before a United States Magistrate Judge; Declaration to Proceed Before a Magistrate Judge and

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

San Antonio Winery, Inc., a California corporation
Santo Riboli
737 Lamar Street
Los Angeles, CA, CA 90031

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

BY FAX

$ 92.25

Anthony Espinosa
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/29/2008 at Los Angeles, California.

Anthony Espinosa

FF# 6663434

## Attached List

Summons In A Civil Action;

Civil Cover Sheet;

Order Setting Initial Case Management Conference and ADR Deadlines;

Standing Order Re: Initial Case Management;

Content of Joint Case Management Statement;

Standing Order Regarding Case Management In Civil Cases;

Notice of Assignment of Case To A United States Magistrate Judge;

Consent to Proceed Before a United States Magistrate Judge;

Declaration to Proceed Before a Magistrate Judge and Request for Reassignment to A Untied States District Judge;

ECF Registration Information Handout

BY FAX