1  WILLIAM E. ADAMS #153330
   DAWN NEWTON #209002
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California 94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Emails: wadams@fablaw.com/dnewton@fablaw.com
5
   Attorneys for Plaintiff C. MONDAVI & SONS,
6  a California Corporation

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 | C. MONDAVI & SONS, a California       | Case No.: C08-02578 RS
      corporation
11 |                                        | **NOTICE OF VOLUNTARY DISMISSAL**
                  Plaintiff,
12
         vs.
13
   SAN ANTONIO WINERY, INC., a
14 California corporation; and DOES 1-100,
   inclusive.
15
                  Defendants.
16

17      NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a),

18 plaintiff C. Mondavi & Sons voluntarily dismisses the above-captioned action with prejudice.

19

20 Dated: June 30, 2008              FITZGERALD ABBOTT & BEARDSLEY LLP

21

22                                   By _____
                                         William E. Adams
23                                       Attorneys for Plaintiff C. MONDAVI & SONS

---

1
NOTICE OF VOLUNTARY DISMISSAL CASE NO.: C08-02578 RS
6/30/08 (88888) #302261.1